IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 20CR231 PBT |
| v. | : | DATE FILED: |
| **JOSEPH LAFORTE** | : | VIOLATION:<br>18 U.S.C. § 922(g)(1) (felon in possession of a firearm – 1 count)<br>Notice of forfeiture |
| | : | |

### INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about July 28, 2020, in Haverford, Pennsylvania, in the Eastern District of Pennsylvania, defendant

**JOSEPH LAFORTE,**

knowing that he had previously been convicted in courts of the State of New York and the United States District Court of crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, at least one of the following: (1) a Beretta, Pietro S.P.A., Model ES100, .12 caliber shotgun, bearing serial number E07531-98; (2) a Beretta, Pietro S.P.A., Model AL391 Urika, .12 caliber shotgun, bearing serial number AA317345; (3) a Beretta, Pietro S.P.A., Model 84FS, .380 caliber handgun, bearing serial number H72038Y, loaded with 23 live rounds of .380 caliber ammunition; (4) a Smith & Wesson, Model M&P Bodyguard 380, .380 caliber handgun, bearing serial number KEM2420, loaded with 5 live rounds of .380 caliber ammunition; (5) a Smith & Wesson, Model M&P 380 Shield EZ, .380 caliber handgun, bearing serial number RDD0719, loaded with 8 live rounds of .380 caliber

ammunition; (6) a Smith & Wesson, Model M&P 15, .556 caliber rifle bearing serial number TK91955, loaded with 30 live rounds of .556 caliber ammunition; (7) and a Smith & Wesson, Model 19, .357 caliber handgun bearing serial number 52K2904, loaded with 6 live rounds of .357 caliber ammunition; and the firearms were in and affecting interstate and foreign commerce

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

**JOSEPH LAFORTE,**

shall forfeit to the United States of America, the firearms and ammunition involved in the commission of this offense, including, but not limited to:

(1) a Beretta, Pietro S.P.A., Model ES100, .12 caliber shotgun, bearing serial number E07531-98;

(2) a Beretta, Pietro S.P.A., Model AL391 Urika, .12 caliber shotgun, bearing serial number AA317345;

(3) a Beretta, Pietro S.P.A., Model 84FS, .380 caliber handgun, bearing serial number H72038Y;

(4) 23 live rounds of .380 caliber ammunition;

(5) a Smith & Wesson, Model M&P Bodyguard 380, .380 caliber handgun, bearing serial number KEM2420;

(6) 5 live rounds of .380 caliber ammunition;

(7) a Smith & Wesson, Model M&P 380 Shield EZ, .380 caliber handgun, bearing serial number RDD0719;

(8) 8 live rounds of .380 caliber ammunition;

(9) a Smith & Wesson, Model M&P 15, .556 caliber rifle bearing serial number TK91955;

(10) 30 live rounds of .556 caliber ammunition;

(11) a Smith & Wesson, Model 19, .357 caliber handgun bearing serial number 52K2904; and

    (12)    6 live rounds of .357 caliber ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

**A TRUE BILL:**

███████████████████
**FOREPERSON**

*for* *(signature)*
**WILLIAM M. McSWAIN**
*United States Attorney*

*No.*_____

## UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

## JOSEPH LAFORTE

INDICTMENT

Counts

18 U.S.C. § 922(g)(1) (felon in possession of a firearm – 1 count)
Notice of Forfeiture

A true bill.

_____
Foreman

Filed in open court this _____ day,
Of _____ A.D. 20_____

_____
Clerk

Bail, $_____