IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO.  20-CR- 231 |
| JOSEPH LAFORTE | : | |

ORDER FOR BENCH WARRANT

AND NOW, this 5th day of August, 2020, on motion of William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:


*/s/ Honorable Marilyn Heffley*
HONORABLE MARILYN HEFFLEY
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO.  20-CR- 231 |
| JOSEPH LAFORTE | : | |

MOTION FOR BENCH WARRANT

AND NOW, this 5th day of August, 2020, William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, and Jonathan Ortiz, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

WILLIAM M. MCSWAIN
United States Attorney


 /s/ Jonathan Ortiz
JONATHAN ORTIZ
Assistant United States Attorney