

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Jonathan Ortiz*  
*Direct Dial: (215) 861-8305*  
*Facsimile: (215) 861-8618*  
*E-mail Address: Jonathan.Ortiz2@usdoj.gov*

*615 Chestnut Street*  
*Suite 1250*  
*Philadelphia, Pennsylvania 19106-4476*  
*(215) 861-8200*

August 7, 2020

U.S. District Court Clerk's Office  
Criminal Division  
2609 United States Courthouse  
601 Market Street  
Philadelphia, PA 19106

    Re:    <u>United States v. Joseph LaForte; 20-CR-231</u>

Dear Clerk:

    Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on August 5, 2020.

    Very truly yours,

    WILLIAM M. MCSWAIN  
    United States Attorney

    */s/ Jonathan Ortiz*  
    Jonathan Ortiz  
    Assistant United States Attorney