**BUCHANAN INGERSOLL & ROONEY PC**
By:   Michael J. Engle, Esquire
          Attorney ID: 85576
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102                                                                    **ATTORNEY FOR DEFENDANT**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **DOCKET NO. 20-cr-231** |
| vs. : | |
| : | |
| **JOSEPH LAFORTE** : | |
| : | |

### ENTRY OF APPEARANCE

TO THE CLERK OF THE U.S. DISTRICT COURT:

    Kindly enter my appearance on behalf of Defendant, JOSEPH LAFORTE, in the above-referenced matter.

                                            RESPECTFULLY SUBMITTED:

                                            /s/  Michael J. Engle
                                            Michael J. Engle (Attorney ID 85576)
                                            BUCHANAN INGERSOLL & ROONEY PC
                                            Two Liberty Place
                                            50 S. 16th Street, Suite 3200
                                            Philadelphia, PA  19103
                                            P:  215-665-3843 | F:  215-665-8760

                                            ATTORNEY FOR DEFENDANT