UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | :<br>:<br>: |
| v. | : Docket No.: 2:20-cr-00231-PBT<br>: |
| JOSEPH LaFORTE, | :<br>: |
| Defendant. | :<br>: |

## MOTION TO ADMIT JAMES R. FROCCARO, JR. *PRO HAC VICE*

Defendant, Joseph LaForte, through the undersigned counsel, respectfully moves this Honorable Court for entry of an Order admitting James R. Froccaro, Jr. to the bar for the limited purpose of representing Defendant, Joseph LaForte, and in support of this Motion states as follows:

1. With respect to this case, James R. Froccaro, Jr., Esquire will associate with the undersigned counsel who is an attorney admitted to practice and who is in good standing before this Honorable Court. Michael J. Engle, Esquire of Buchanan Ingersoll & Rooney, PC will participate in all court proceedings. His relevant information is as follows:

    | | |
    |---|---|
    | Attorney I.D. No.: | 85576 |
    | Mailing Address: | 50 S. 16th Street, Suite 3200<br>Philadelphia, Pennsylvania, 19102 |
    | Telephone: | (215) 665-3843 |
    | Facsimile: | (215) 665-8760 |
    | E-mail: | michael.engle@bipc.com |

2. Mr. Engle entered his appearance in the above-captioned matter on August 7, 2020. The relief sought in this Motion is required because James Froccaro, Esquire has an existing attorney-client relationship with Defendant Joseph LaForte, because Mr. Froccaro is familiar with the facts and allegations of this matter, as well as based on his significant expertise in the subject of this litigation and as a federal criminal defense attorney in general.

1

3. The indictment in this case was filed on or about August 5, 2020.

4. An Affidavit executed by James R. Froccaro, Jr., Esquire is attached hereto as Exhibit A.

5. Payment in the amount of $40.00 for the *pro hac vice* admission fee will be submitted at the time of this filing.

WHEREFORE, the undersigned counsel respectfully requests an Order admitting James R. Froccaro, Jr. *pro hac vice* to represent Defendant Joseph LaForte.

Respectfully submitted,

BUCHANAN INGERSOL & ROONEY PC

By: */s/ Michael J. Engle*
Michael J. Engle
I.D. No. 85576
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102
Telephone: 215.665.3843
Fax: 215.665.8760
Email: michael.engle@bipc.com

Dated: August 10, 2020

Local Counsel for Defendant