AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| JOSEPH LAFORTE | ) Case No. 20cr231 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JOSEPH LAFORTE

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) (felon in possession of a firearm – 1 count);

Date:   08/06/2020

City and state:   Philadelphia, PA

s/ Ann Murphy
*Issuing officer's signature*

Ann Murphy - Supervisor
*Printed name and title*

### Return

This warrant was received on *(date)* 8/6/2020, and the person was arrested on *(date)* 08/07/2020
at *(city and state)* Haverford, PA

Date:  08/07/2020

*Arresting officer's signature*

Robert M. Lythgoe   FBI-PH, SA
*Printed name and title*

**INFORMATION SHEET**
*DO NOT REMOVE FROM TOP OF FILE*

| | |
|---|---|
| UNITED STATES OF AMERICA | FILE NO. 2020R00521 |
| v. | CRIMINAL NO. 20CR231 |
| JOSEPH LAFORTE | DESCRIPTION OF VIOLATION AS PER INDICTMENT: |
| | 18 U.S.C. § 922(g)(1) (felon in possession of a firearm – 1 count); Notice of Forfeiture |

| | |
|---|---|
| *Defendant's current address* | 568 Ferndale Lane, Haverford, PA |
| *Place of detention* | N/A |
| *Federal or local custody* | Not in Custody |
| *Register number* | N/A |
| *Date of birth/PPD Photo number* | 01/12/1971 |
| *Date of commitment on instant federal charges* | N/A |
| *Reason(s) for detention* | N/A |

*Interpreter needed*  ☑ no   ☐ unknown   ☐ yes - specify language or dialect:

| | | |
|---|---|---|
| *Amount of bail* N/A | *Name and* | N/A |
| ☐ set   ☐ posted | *address of* | N/A |
| ☐ recommended   ☑ N/A | *bondsman* | N/A |

| | |
|---|---|
| *Name and address of defendant's attorney* | Patrick Egan, Esq. |
| | 2000 Market Street, 20th Floor |
| | Philadelphia, PA 19103-3222 |
| *Telephone* | 215-299-2825 |
| *Assistant U.S. Attorney(s) assigned to case* | Jonathan Ortiz |
| *Case agent's name* | SA John Murray |
| *Agency* | FBI |

*(continued on reverse side)*

| | |
|---|---|
| *All notices should be sent to:* | Chief, Criminal Division<br>United States Attorney's Office<br>One Independence Mall - Suite 1250<br>615 Chestnut Street<br>Philadelphia, PA 19106-4476 |

*Prior docket information:*
    Docket No.  N/A    Magistrate Judge   N/A
    Date   N/A   .

*Related indictments, docket numbers, and defendants:*

N/A

*Maximum sentence: {list maximum sentence for each count separately}*

## MAXIMUM SENTENCE:

The statutory maximum penalty for 18 U.S.C. § 922(g)(1) is set forth in 18 U.S.C. § 924(a)(2) as 10 years' imprisonment, 3 years of supervised release, a fine of $250,000, and a $100 special assessment.