# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | |
| **JOSEPH LAFORTE** | : | **NO. 20-231** |

## O R D E R

AND NOW, TO WIT, this           day of           2020, it is hereby

ORDERED and DECREED that the Defendant's Motion to Continue Trial is granted.

**BY THE COURT:**


_____
                                                                                                    **J.**

# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL ACTION** |
| **v.** : | |
| : | |
| **JOSEPH LAFORTE** : | **NO. 20-231** |

## DEFENDANT'S MOTION TO CONTINUE TRIAL

Defendant, JOSEPH LAFORTE, by his attorneys, BRIAN J. MCMONAGLE, MICHAEL J. ENGLE, AND JAMES R. FROCCARO, JR. petitions this Honorable Court to continue his trial and states in support thereof the following:

1. A trial date is set for October 26, 2020.

2. That the defendant has been detained pretrial, and as a result of the COVID restrictions has previously been unable to meet in person with his counsel to review discovery and prepare for trial.

3. As such, the defendant requests a continuance to obtain and review discovery, meet with counsel, and prepare for trial.

4. That all parties consent to the continuance request.

WHEREFORE, we respectfully request that a new trial date be assigned that is acceptable to the Court and the Government.

**Respectfully submitted,**

**s/BRIAN J. MCMONAGLE**
**BRIAN J. MCMONAGLE, ESQUIRE**
**1845 Walnut Street**
**19th Floor**
**Philadelphia, PA 19103**
**(215) 981-0999**
**Fax (215) 981-0977**
**bmcmonagle@mpmpc.com**

**JAMES R. FROCARRO, JR.**
**20 Vanderventer Avenue, Suite 103W**
**Port Washington, NY 11050**
**(516) 944-5062**
**Fax (516) 944-5066**
**Jrfesq61@aol.com**

**MICHAEL J. ENGLE**
**BUCHANAN INGERSOLL ROONEY**
**50 S. 15th, Ste. 3200**
**Philadelphia, Pa 19102**
**(212) 665-5308**
**Michael.engle@bipc.com**

*Attorneys for Defendant Joseph LaForte*

## CERTIFICATE OF SERVICE

BRIAN J. MCMONAGLE, Esquire hereby certifies that a true and correct copy of the within Motion to Continue Trial has been served electronically filed.

          **s/ BRIAN J. MCMONAGLE**
          **BRIAN J. MCMONAGLE, Esquire**
          **Attorney for defendant**
          **1845 Walnut Street**
          **Philadelphia, PA 19103**
          **(215) 981-0999**

**DATED: 9/10/20**