## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   :

        v.              :      **CRIMINAL NO. 20-231**

JOSEPH LAFORTE         :

## DEFENDANT JOSEPH LAFORTE'S SUPPLEMENTAL MEMORANDUM
## IN SUPPORT OF HIS MOTION FOR PRETRIAL RELEASE

This will serve as a brief supplement to Mr. LaForte's prior submissions to this Court in support of his motion for pretrial release.

Two additional pieces of information bear noting. First, Mr. LaForte has a history of compliance with court ordered pretrial release. Mr. LaForte was on bail for 14 months in connection with his prior 2004 New York State Supreme Court case where he faced 8 ½ to 25 years in prison if convicted of all charges. Even though a modest bond and no restrictive conditions were imposed in connection with that matter, Mr. LaForte appeared at all scheduled court appearances and was ultimately permitted to voluntarily surrender for the service of the sentence imposed. The bail package offered to secure Mr. LaForte's release before this Court is far more restrictive and substantial, even though he is facing a mere fraction of the prison time if convicted - an advisory guideline prison range of

1

46-57 months.[1]

Second, new information bearing on the credibility of the so-called evidence that Mr. LaForte purportedly threatened merchant debtors, including threatening to blow up their houses, has come to light. Attached hereto for the Court's review is a copy of the Incident Report made by the accuser to police on May 23, 2019. It bears noting that the accusation was first reported to the authorities a full 17 days after the accuser claimed to have been threatened. The accusation was only made *after* the attorneys for Mr. LaForte's company, PAR Funding, d/b/a CBSG, had entered a near $12 million judgment against the accuser on May 14, 2019. While purported threats to merchant debtors are not relevant to the bail determination (see e.g., footnote 4 to reply in support of motion for pretrial release), it is notable that the individual who made this accusation had 12 million reasons to lie.

It also bears noting that just a few months earlier, in a gift of "gratitude" penned personally for Mr. LaForte on his birthday by this so-called accuser, she was effusive in her praise of Mr. LaForte and his company. Her glowing assessment was as follows:

For your birthday HMC wanted to give you the gift of gratitude.

---

[1] The government's estimate of 51-63 months appears to be based on a miscalculation of Mr. LaForte's criminal history category - which is criminal history category II.

The pages that follow are a collection of projects HMC completed in 2018.  You and everyone at CBSG  [PAR Funding] have played an integral role in HMC's success.

Please consider this book as a show of gratitude from me and everyone at HMC.  We look forward to building more success in 2019.

.                   .            .           .

*YOU'RE A WHOLE LOT OF LOVELY*

Attached hereto for the Court's review is a copy of the "Collection of

Gratitude" provided to Mr. LaForte by this merchant debtor.

Dated:  Philadelphia, Pennsylvania
         October 5, 2020

                              Respectfully submitted,

                                    /s/
                              _____
                              BRIAN J. MCMONAGLE
                              MMCMONAGLE PERRIR MCHUGH
                                & MISCHAK
                              1845 Walnut Street, 19th floor
                              Philadelphia, PA 19103
                              (215) 981-0999
                              bmcmonagle@mpmpc.com

                                    /s/
                              _____
                              MICHAEL J. ENGLE
                              BUCHANAN INGERSOLL ROONEY
                              50 South 15th Street, Suite 3200
                              Philadelphia, PA 19102

(215) 665-3508
michael.engle@bipe.com

/s/
_____

JAMES R. FROCCARO, JR.
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
(516) 944-5062
jrfesq61@aol.com

*Attorneys for Defendant Joseph LaForte*

4

# COMPLAINT OR INCIDENT REPORT

#30926
RS

3/13/20

cpl. 8321

3/13/2020

| YR | DIST./OCC. | D.O. | SECT. | DIST. | VEH. NO. | REPORT DATE |
|---|---|---|---|---|---|---|
| 19 | 06 | 2.3963 | 2 | 6 | WF | 5-23-19 |

**CRIME OR INCIDENT CLASSIFICATION** Terroristic Threats  CODE 809  TIME OUT 400 A P  TIME IN A P

**LOCATION OF OCCURRENCE** 205 Arch St.   ☐ IN ☒ OUT  TYPE OF PREM. 053

| DATE OF OCCUR. | DAY CODE | TIME OF OCCUR. | NATURE OF INJURY |
|---|---|---|---|
| 5-6-19 | | 2:00 A (P) | |

**COMPLAINANT** Kara Anne Vipiebro  AGE  RACE W  SEX F  PHONE (HOME)

**ADDRESS**   PHONE (BUSINESS)

FOUNDED ☐ Yes ☐ No  REPORT TO FOLLOW ☐ Yes ☐ No  ☐ Close Out  UNIT  CODE  INV. CONT NO.

WITNESS ☐ Yes ☐ No  TRACEABLE PROP. ☐ Yes ☐ No  UNIQUE DESCRIPTION OF OFFENDER ☐ Yes ☐ No  OTHER EVIDENCE ☐ Yes ☐ No

**DESCRIPTION OF INCIDENT** (Include Description of Crime Scene if Applicable)

Compl. states after a business meeting with below offender on abv date and time the below threatened to blow up compl's house. Compl. states there is an ongoing dispute involving her business.

**WITNESS** Josh Persing  ADDRESS  PHONE NUMBER

**OFFENDER INFORMATION** Joe Laforte "Joe Mac" /W/m

**PROPERTY DESCRIPTION** (Include Make, Model, Color and Serial No. Where Applicable)  PROP. CODE  INSURED ☐ Yes ☐ No  STOLEN VALUE $

DC NO.

VEHICLE 1 —OWNER'S NAME   VEHICLE 2 —OWNER'S NAME

VEHICLE 1 —OPERATOR'S NAME   VEHICLE 2 —OPERATOR'S NAME

WANTED/STOLEN MESSAGE SENT  DIST./UNIT TERMINAL  RECEIPT NO.  SENT BY

General No.   Date

**REPORT PREPARED BY** Ticcino  NO. 2071  DIST./UNIT 6  TOTAL PAGES 1  PAGE NO. 1

**REVIEWED BY**   NO 460  DIST./UNIT 6A  REFERRAL DATE  GEN NO.

PURSUANT TO ACT 155 OF 1992, THE BELOW PERSON ACKNOWLEDGES RECEIPT OF THE NOTIFICATION OF VICTIM SERVICES FORM:

75-48 Front (Rev. 11/09)



CBSG(HMC)0021851

CBSG(HMC)0021852

January 12, 2019

For your birthday HMC wanted to give you the gift of gratitude.

The pages that follow are a collection of projects HMC completed in 2018. You and everyone at CBSG have played an integral role to in HMC's success.

Please consider this book as a show of gratitude from me and everyone at HMC. We look forward to building more success in 2019.



EBSS(HMC)0021853

Table of Contents

Smithsonian of American History

Sofitel Washington, DC - Lafayette Square

1405 POINT

Ravens M&T Bank Stadium Solidcore

Merriweather Post Pavilion - Two Merriweather

Kaiser Permanente

Capital One Village

Virginia Commonwealth University Medical Center

Blue Bottle Coffee

EBSGHMC(002185 4



Smithsonian
National Museum
of American History
Stars & Stripes Cafe
Food Service Renovation
Washington, DC
2018

(IMC)0021855







CBS0(HMC)0021856



Sofitel
Washington, DC
Lafayette Square
Historic Renovation
2018

CRSCHMC)002185



CBRC(HMC)0021858



EBSC(HMC)0021859



SPSC(HMC)002186 0





SBSG(HMC)002861

EASGHMC)002186Z







Merriweather Post
Pavilion
Columbia, MD
Upgrades
2018








CRSG(HMC)0021864



EBSC(HMC)0021865



Capital One Village
Refresh

BlueFit Cafe

Richmond, VA
2018

CRSC(HMC)0021866



Virginia Commonwealth University
Medical Center
Schematic Design, Design
Development, Construction
Administration
2017-2018

EBSG(HMC)0021867



HMC)0021868









**BLUE BOTTLE**
COFFEE





USAO(HMC)0021869

"I DON'T THINK LOOKING AT THINGS THROUGH THE PRISM OF FEAR IS GOING TO ACCOMPLISH ANYTHING"

-RUSH LIMBAUGH



Capricorn Horoscope 2019: New Heights May Begin to Actualize for You. It seems that you are lucky and fortunate for most of the year. If you have any of your long-term plans waiting, or thinking to initiate something new, hold on that for a while because Saturn and Uranus will meet in a harmonious setting, in the second half of the year which is likely to give wonderful results in August and September. Sky is the limit and there are chances for you to achieve new heights and set remarkable standards, so says your Capricorn horoscope 2019.

CBSCHMC)002187O

