## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                        :

           vs.                      :      **CRIMINAL NO. 20-cr-00231 (PBT)**

                                          :

JOSEPH LAFORTE                 :
                                        :

## STIPULATION REGARDING REQUIREMENTS FOR BAIL BOND SECURED BY PROPERTY OR REAL ESTATE

TO THE HONORABLE PETRESE B. TUCKER

It is hereby stipulated by and between counsel for the Defendant, Joseph LaForte, and counsel for the Government, that the Clerk's Office requirements 4 (a) and  4 (b) set forth in Appendix W, related to an appraisal and lien search statement by a title company for the below listed properties, can be deemed satisfied by the Defendant's submission of Broker Analysis reports completed by Jim Robertson of OCF Realty LLC and by lien searches completed by the following title companies: All Shore Abstract, Ltd. and Fidelity National Title Insurance Company.

- 27 Gillette Street, Keansburg, NJ 07734
- 2646 Sartain Street, Philadelphia, PA 19148
- 315 Powderhorn Drive, Lackawaxen, PA 18435
- 51 Belwood Loop, Staten Island, NY 10307
- 130 Fieldway Avenue, Staten Island, NY 10308
- 168 Stroud Avenue, Staten Island, NY 10312

JONATHAN ORTIZ
Digitally signed by
JONATHAN ORTIZ
Date: 2020.10.21
09:22:02 -04'00'

Jonathan B. Ortiz, AUSA
Counsel for the Government

Respectfully submitted,

Michael J. Engle, Esquire
Counsel for the Defendant

Brian J. McMonagle, Esquire
Counsel for the Defendant

Approved:

/s/Petrese B. Tucker
Petrese  B. Tucker, Judge

Dated:  October 22, 2020