PS 8
Rev. 10/2005

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Joseph Laforte                                       Docket No. 2:20CR00231-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Phillip Harris, U.S. Pretrial Services Officer, presenting an official report upon the conduct of Joseph Laforte, who was placed under pretrial release supervision by the Honorable Petrese B. Tucker sitting in the Court at Philadelphia, on October 8, 2020, under the following conditions:

1. Report to Pretrial Services as directed.
2. Surrender/Do not obtain a passport.
3. Travel restricted to the Eastern District of Pennsylvania.
4. Surrender/Do not obtain a firearm.
5. Defendant shall submit to location monitoring with home detention at 568 Ferndale Lane, Haverford, PA, with his wife Lisa Laforte. Defendant is restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.

Respectfully presenting petition for action of Court and for cause as follows:

1. The defendant has been supervised under the location monitoring program with home detention since his release on bail on October 22, 2020. There have been no violations incurred by the defendant.

2. Neither AUSA Matthew Newcomer or Defense Counsel for the defendant, Brian McMonagle, object to the defendant being permitted to submit to a curfew to be set by Pretrial Services.

PRAYING THAT THE COURT WILL ORDER the defendant shall submit to location monitoring with a curfew to be set by Pretrial Services.

ORDER OF COURT

Considered and ordered this 18th day of May, 2022 and ordered filed and made a part of the records in the above case.

_____
The Honorable Petrese B. Tucker
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Phillip Harris
U.S. Pretrial Services Officer

Place: Philadelphia
Date: May 18, 2022