# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | |
| **JOSEPH LAFORTE** | : | **NO. 20-231** |

## O R D E R

AND NOW, TO WIT, this _____ day of _____ 2022, it is hereby

ORDERED and DECREED that the Defendant's Motion to Continue Trial is granted.

**BY THE COURT:**

_____
                                J.

# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| JOSEPH LAFORTE | : | NO. 20-231 |

**DEFENDANT'S MOTION TO CONTINUE TRIAL**

Defendant, JOSEPH LAFORTE, by his attorneys, BRIAN J. MCMONAGLE and MICHAEL J. ENGLE, petitions this Honorable Court to continue his trial and states in support thereof the following:

1. A trial date is set for October 3, 2022.

2. Defense Counsel will be engaged in consecutive trials commencing on September 16, 2022 and will continue through November.

3. For this reason, the defendant requests that the trial of Mr. LaForte be rescheduled until a date after January 13, 2023.

3. That all parties consent to the continuance request.

WHEREFORE, we respectfully request that a new trial date be assigned that is acceptable to the Court and the Government.

**Respectfully submitted,**

**s/BRIAN J. MCMONAGLE**
**BRIAN J. MCMONAGLE, ESQUIRE**
**1845 Walnut Street**
**19th Floor**
**Philadelphia, PA 19103**
**(215) 981-0999**
**Fax (215) 981-0977**
**bmcmonagle@mpmpc.com**

**MICHAEL J. ENGLE, ESQ**
**ARMSTEAD TEASDALE**
**2005 Market Street**
**29th Floor, One Commerce Square**
**Philadelphia, Pa 19103**
**(267) 780-2063**
**mengle@atllp.com**

*Attorneys for Defendant Joseph LaForte*

# CERTIFICATE OF SERVICE

BRIAN J. MCMONAGLE, Esquire hereby certifies that a true and correct copy of the within Motion to Continue Trial has been served electronically filed.

                                        **s/ BRIAN J. MCMONAGLE**
                                        **BRIAN J. MCMONAGLE, Esquire**
                                        **Attorney for defendant**
                                        **1845 Walnut Street**
                                        **Philadelphia, PA 19103**
                                        **(215) 981-0999**

**DATED: 8/23/22**