IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | |
| JOSEPH LAFORTE | : | NO.  20-231 |

### O R D E R

AND NOW, TO WIT, this 7th day of December, 2022, it is hereby ORDERED and DECREED that the Defendant's Motion to Continue Trial is granted (Doc #62 and 63). Trial is continued to April 24, 2023, at 9:00 a.m. in Courtroom 14B.

BY THE COURT:

　/s/Juan R. Sanchez　
Juan R. Sanchez, Chief Judge