## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CRIMINAL ACTION** |
| **v.** | **:** | |
| | **:** | |
| **JOSEPH LAFORTE** | **:** | **NO.  20-231** |

## O R D E R

AND NOW, TO WIT, this            day of            2023, it is hereby

ORDERED and DECREED that the Defendant's Motion to Continue Trial is granted.

**BY THE COURT:**

_____

**J.**

**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| **v.** | : | |
| | : | |
| **JOSEPH LAFORTE** | : | **NO. 20-231** |

### DEFENDANT'S  MOTION TO CONTINUE TRIAL

Defendant, JOSEPH LAFORTE, by his attorneys, BRIAN J. MCMONAGLE , petitions this Honorable Court to continue his trial and states in support thereof the following:

1.  The defendant is scheduled for trial on June 20, 2023.

2.  On June 23, 2023 the defendant was indicted by a grand jury in the Eastern District of Pennsylvania in a complex case.

3.  The defendant requests a continuance of his trial in order to evaluate whether a resolution of these matters can be effectuated.

4.  4. The government does not oppose the motion.

WHEREFORE, we respectfully request that a new trial date be assigned that is acceptable to the Court and the Government.

**Respectfully submitted,**

**s/BRIAN J. MCMONAGLE**
**BRIAN J. MCMONAGLE, ESQUIRE**
**1845 Walnut Street**
**19th Floor**
**Philadelphia, PA 19103**
**(215) 981-0999**
**Fax (215) 981-0977**
**bmcmonagle@mpmpc.com**

*Attorney for Defendant Joseph LaForte*

**CERTIFICATE OF SERVICE**


BRIAN J. MCMONAGLE, Esquire hereby certifies that a true and correct copy of the

within Motion to Continue Trial has been served electronically filed.


**s/ BRIAN J. MCMONAGLE**
**BRIAN J. MCMONAGLE, Esquire**
**Attorney for defendant**
**1845 Walnut Street**
**Philadelphia, PA 19103**
**(215) 981-0999**

**DATED: May 30, 2023,**